

Virginia.gov   **Agencies | Governor**



Home >

Search the TownHall

**Agency**  Department of Health Professions

**Board**  Board of Medicine

**Chapter**  Regulations Governing the Practice of Behavior Analysis [18 VAC 85 - 150]

Previous Comment    Next Comment    Back to List of Comments

**Commenter:** Misty Kieschnick                                3/16/22  11:11 pm

**This change is necessary to provide to the growing number of mental health and disability issues..**

I am a teacher at our alternative discipline center and the growing expansion of challenges/disabilities exceed the narrow limit of BACB certification. As it stands now, there are such long wait lists and behavior can be used in a variety of fields. The diversity of qualified practitioners will allow for fields outside of Autism to received beneficial services.

I support the language of accredited bodies of behavior analysts.

CommentID: 120797

Plaintiff's

Exhibit B

BACB v. Moates