

**USPS CERTIFIED MAIL**

9207 1901 4298 0480 3376 29

**CERTIFIED MAIL**

Michael Moates
5764 N Orange Blossom Trl PMB 61546
Orlando FL 32810

0007596352000011

Paul Brown
US District Court
7940 Preston Road Room 101
Plano TX 75024
USA

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 3 2023

BY DEPUTY_____