# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00194-ALM ) ) ) ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT FOR
## BEHAVIOR ANALYST CERTIFICATION BOARD, INC.

Plaintiff Behavior Analyst Certification Board, Inc., by and through its attorneys, and pursuant to F.R.C.P. 7.1, hereby states that it is a Florida nonprofit corporation, does not have any parent entities, and is not a publicly held corporation.

Respectfully submitted this 28th day of March, 2023.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

and

Brandon S. Kulwicki
Hall, Render, Killian, Heath & Lyman, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2023, a true and correct copy of the foregoing was served upon the following:

Misty Kieschnick
9448 Castlewood Dr.
Fort Worth, TX 76131
m.kieschnick@att.net
Defendant – *pro se*

*s/ Rebecca Gibson*
Rebecca Gibson, Legal Administrative Assistant

4892-4419-4905v1