**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:23-cv-00194-ALM |
| MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, | ) ) ) ) ) | |
| Defendants. | ) | |

**RESPONSE TO EMERGENCY MOTION TO (SIC) FOR EXTENSION TO FILE
RESPONSE TO PLAINTIFF'S PETITION (SIC)**

Plaintiff, Behavior Analyst Certification Board, Inc., by and through its attorneys, respectfully submits its Response to Defendant Kieschnick's Motion to (sic) for Extension to File Response to Plaintiff's Petition (sic). In response, Plaintiff states:

Defendant Misty Kieschnick failed to confer with Plaintiff about her request for an extension of time to respond to Plaintiff's Complaint. Had Ms. Kieschnick conferred, Plaintiff would have communicated to her that Plaintiff has no objection to the extension. Plaintiff sends its condolences to Ms. Kieschnick during this difficult time.

Plaintiff reserves the right to respond to Ms. Kieschnick's arguments regarding the merits of this case at a more appropriate time.

Respectfully submitted this 6th day of April, 2023.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

s/ Mark L. Sabey
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

and

Brandon S. Kulwicki
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2023, a true and correct copy of the foregoing was served upon the following:

Misty Kieschnick
9448 Castlewood Dr.
Fort Worth, TX 76131
m.kieschnick@att.net
Defendant – *pro se*

s/ Crystal J. Sebastiani
Crystal J. Sebastiani, Paralegal

2

4866-2493-8844v1