# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC. § § § | |
| § | Civil Action No.  4:23CV194 |
| v. § | Judge Mazzant |
| § | |
| MICHAEL MOATES, MISTY KIESCHNICK, and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS § § § § § | |

### ORDER

Before the Court is *pro se* Defendant Misty Kieschnick's Emergency Motion for Extension to File Response to Plaintiff's Petition (Dkt. #9) and Plaintiff's response in nonopposition thereto (Dkt. #11).  The Court finds the motion should, and hereby is, GRANTED.

It is therefore ORDERED that Defendant Misty Kieschnick's deadline to respond to Plaintiff's Complaint is extended to May 30, 2023.

**IT IS SO ORDERED.**

**SIGNED this 17th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE