TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:HNCA   (855) 749-1737   SHIP DATE: 24MAY23
ACTWGT: 0.28 LB

...TON ROAD ROOM 101

PLANO TX 75024
(214) 872-4800   REF:
INV:
PO:   DEPT:




FedEx Express

Reusable

TRK# 0201  3987 2141 8258

FRI - 26 MAY 4:30P
** 2DAY **
RES

SA ADSA    75024
TX-US   DFW



RECEIVED
MAY 24 2023
Clerk, U.S. District Court
Eastern District of Texas




Align bottom of peel-and-stick airbill or pouch here.