# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**FILED**
MAY 26 2023
Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| Behavior Analyst Certification Board<br><br>Plaintiffs<br><br>v.<br><br>Dr. Michael Moates<br><br>Misty Kieschnick, and<br><br>Global Institute for Behavior Practitioners and Examiners<br><br>Defendants | Case No.: 4:23-cv-00194-ALM<br><br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF IMPROPER SERVICE

7

I am writing to bring to the court's attention a significant issue regarding the service of documents in the above-mentioned case.

It has come to my attention that the plaintiff improperly served me, Misty Kieschnick, with documents related to this case on behalf of the Global Institute for Behavioral Practitioners and Examiners (GIBPE) May 19, 2023.

I would like to inform the court that I am no longer affiliated with The Global Institute for Behavioral Practitioners and Examiners (GIBPE) and have not been for a while.

I understand that it is crucial for all parties involved in a legal proceeding to be properly served with documents to ensure fairness and due process. However, serving me with documents intended for my previous capacity as a board member of GIBPE is erroneous and should be rectified to uphold the integrity of the legal proceedings.

I respectfully request that the court acknowledges the improper service and takes appropriate action to ensure that all future service of documents, in this case, is directed to the correct parties. As I am no longer associated with GIBPE, any communication, and documents intended for GIBPE must be directed to its last representatives prior to being dissolved.

I kindly ask the court to update its records to reflect my current status and to consider the improper service of documents in evaluating any future actions or proceedings in this case.

Thank you for your attention to this matter. I trust that the court will address this issue promptly and ensure that proper service is maintained in the interest of justice.

Respectfully submitted,

/s/ Misty Kieschnick, Pro Se

9448 Castlewood Drive, Fort Worth, Texas 76131

817-657-7224 m.kieschnick@att.net