TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:HNCA  (855) 749-1737  SHIP DATE: 24MAY23
ACTWGT: 0.28 LB

...ON ROAD ROOM 101

PLANO TX 75024
(214) 872-4800  REF:
INV:
PO:  DEPT:



FedEx Express

E

Reusable

TRK# 3987 2141 8258  FRI - 26 MAY 4:30P
0201                  ** 2DAY **
                      RES

SA ADSA              75024
         TX-US  DFW

RECEIVED
MAY 2 4 2023
Clerk, U.S. District Court
Eastern District of Texas



Align bottom of peel-and-stick airbill or pouch here.