# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526 DENTON, TX 76210-6839 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Michael Moates | 2700 Colorado Boulevard #1526 Denton, TX 76210 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526<br>DENTON, TX 76210-6839 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 1105680500002 | Certificate of Formation | December 25, 2021 | December 25, 2021 | No | 2 |
| | 1129247180003 | Certificate of Amendment | March 14, 2022 | March 14, 2022 | No | 1 |
| | 1141138210004 | Nonprofit Periodic Report | April 19, 2022 | April 19, 2022 | No | 2 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526 DENTON, TX 76210-6839 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| The Foundation for Transformation | Prior | Legal | March 14, 2022 | |
| Global Institute for Behavior Practitioners and Examiners | In use | Legal | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526<br>DENTON, TX 76210-6839 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| April 19, 2022 | Michael Moates | Director | 2700 Colorado Boulevard #1526<br>Denton, TX 76210 USA |
| April 19, 2022 | Misty Kieschnick | Director | 2700 Colorado Boulevard #1526<br>Denton, TX 76210 USA |
| April 19, 2022 | Peggie Russell | Director | 2700 Colorado Boulevard #1526<br>Denton, TX 76210-76210 USA |
| April 19, 2022 | Valencia Church Williams | Director | 2700 Colorado Boulevard #1526<br>Denton, TX 76210-76210 USA |
| April 19, 2022 | Michael Moates | President | 2700 Colorado Boulevard #1526<br>Denton, TX 76210-76210 USA |
| April 19, 2022 | Valencia Church Williams | Secretary | 2700 Colorado Boulevard #1526<br>Denton, TX 76210-76210 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526 DENTON, TX 76210-6839 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Assumed Name** | | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| No names exist for this filing. | | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526 DENTON, TX 76210-6839 USA | | |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Entity Type | Document Description | Filing Date | Entity Filing Number | Jurisdiction | Capacity |
|---|---|---|---|---|---|---|
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| | | | |
|---|---|---|---|
| **Filing Number:** | 804362112 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32082419816 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Global Institute for Behavior Practitioners and Examiners | | |
| **Address:** | 2700 COLORADO BLVD APT 1526<br>DENTON, TX 76210-6839 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Address** | | | | | | |
| This entity does not have an initial address record. | | | | | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

| Form 202<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br>Filing Fee: $25 | <br>**Certificate of Formation<br>Nonprofit Corporation** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804362112 12/25/2021<br>Document #: 1105680500002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

### Article 1 - Corporate Name

The filing entity formed is a nonprofit corporation. The name of the entity is :

**The Foundation for Transformation**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Michael    Moates**

C. The business address of the registered agent and the registered office address is:

Street Address:
**2700 Colorado Boulevard #1526    Denton  TX  76210**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Management

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

OR

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

Director 1: **Michael    Moates**                                                           Title: **Director**
Address: **2700 Colorado Boulevard #1526    Denton  TX, USA  76210**

Director 2: **Larry    Kieschnck**                                                          Title: **Director**
Address: **2700 Colorado Boulevard #1526    Denton  TX, USA  76210**

Director 3: **Misty    Kieschnick**                                                         Title: **Director**
Address: **2700 Colorado Boulevard #1526    Denton  TX, USA  76210**

### Article 4 - Organization Structure

☑ A. The corporation will have members.
or
☐ B. The corporation will not have members.

### Article 5 - Purpose

The corporation is organized for the following purpose or purposes:
**Journalism, Community Service, Advocacy, Behavioral Change, Education**

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Organizer**

The name and address of the organizer are set forth below.

**Michael Moates          2700 Colorado Boulevard #1526 Denton TX 76210**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Michael Moates**
Signature of organizer.

FILING OFFICE COPY

| Form 424 | | Filed in the Office of the |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: See instructions | <br><br>Certificate<br>of Amendment | Secretary of State of Texas<br>Filing #: 804362112 03/14/2022<br>Document #: 1129247180003<br>Image Generated Electronically<br>for Web Filing |

**Entity Information**

The filing entity is a: **Domestic Nonprofit Corporation**

The name of the filing entity is: **The Foundation for Transformation**

The file number issued to the filing entity by the secretary of state is: **804362112**

**Amendment to Name**

The amendment changes the formation document of the filing entity to change the article or provision that names the entity. The article or provision is amended to read as follows:

The name of the filing entity is:

**Global Institute for Behavior Practitioners and Examiners**

A letter of consent, if applicable, is attached.

**Statement of Approval**

The amendment has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

**Effectiveness of Filing**

☒ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Texas Business Organizations Code to execute the filing instrument.

Date: **March 14, 2022**    **Michael Moates**
                             Signature of authorized person

FILING OFFICE COPY



Office of the Secretary of State
Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028
(Form 802)

Filed in the Office of the
Secretary of State of Texas
Filing #: 804362112 04/19/2022
Document #: 1141138210004
Image Generated Electronically
for Web Filing

# PERIODIC REPORT - DOMESTIC NONPROFIT CORPORATION

File Number: **804362112**

1. The name of the corporation is: **Global Institute for Behavior Practitioners and Examiners**

2. It is incorporated under the laws of: **TEXAS, USA**

3. The name of the registered agent is: **Michael Moates**

4. The registered office address, which is identical to the business office address of the registered agent in Texas, is:
**2700 Colorado Boulevard #1526, Denton, TX, USA 76210**

## Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

5. If the corporation is a foreign corporation, the address of its principal office in the state or country under the laws of which it is incorporated, is:
_____

6. The names and addresses of all directors of the corporation are:

| Director 1: (Individual Name) | **Michael Moates** |
|---|---|
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210** |

| Director 2: (Individual Name) | **Misty Kieschnick** |
|---|---|
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210** |
| Director 3: (Individual Name) | **Peggie Russell** |
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210-76210** |
| Director 4: (Individual Name) | **Valencia Church Williams** |
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210-76210** |

7. The names, addresses and titles of all officers of the corporation are:

| Officer 1: (Individual Name) | **Michael Moates** | Title: | **President** |
|---|---|---|---|
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210-76210** | | |
| Officer 2: (Individual Name) | **Valencia Church Williams** | Title: | **Secretary** |
| Address: | **2700 Colorado Boulevard #1526   Denton, TX, USA  76210-76210** | | |

**Execution:**
The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **April 19, 2022**          **Michael Moates**
                                    Signature of authorized officer

FILING OFFICE COPY