**Sebastiani, Crystal J.**

**From:** Special Delivery <ProcessDept@SpecialDelivery.com>
**Sent:** Tuesday, March 14, 2023 5:41 PM
**To:** KLYON@HALLRENDER.COM
**Subject:** Process Update - Not Available - MICHAEL MOATES     - Reference: 002488-000005

### KIM LYON,

**An important update below!**



**Special Delivery Process Serving Update:**

Order Number: 0720366

Attempted: 03/14/23 at 6:38 PM

**1st Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

| SERVICE REQUESTED BY: | PROCESS SERVICE RECIPIENT: |
|---|---|
| KIM LYON<br>HALL RENDER<br>ACCOUNT: 2146152000 | MICHAEL MOATES<br>2700 COLORADO BLVD., APT. 1526<br>DENTON, TX 76210 |

| ADDITIONAL INFORMATION: | SERVICE CONTACT: |
|---|---|
| Order Placed: 03/13/23 at 3:09 PM<br>Type: *****Standard Process Serving***** | Steven J. Treni<br>Direct: 972-768-6901<br>155@specialdelivery.com |

**Special Delivery (214) 866-3270**           **www.SpecialDelivery.com**

## Sebastiani, Crystal J.

**From:** Special Delivery <ProcessDept@SpecialDelivery.com>
**Sent:** Tuesday, March 14, 2023 5:40 PM
**To:** KLYON@HALLRENDER.COM
**Subject:** Process Update - Not Available - THE GLOBAL INSTITUTE OF BEHAVI - Reference: 002488-000005

### KIM LYON,

An important update below!



### Special Delivery Process Serving Update:

Order Number: 0720367

Attempted: 03/14/23 at 6:38 PM

**1st Attempt - No Answer / Not Available or Closed**

The next attempt to complete this service will be made shortly.

**SERVICE REQUESTED BY:**

KIM LYON
HALL RENDER
ACCOUNT: 2146152000

**PROCESS SERVICE RECIPIENT:**

THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS
2700 COLORADO BLVD., APT. 1526
DENTON, TX 76210

**ADDITIONAL INFORMATION:**

Order Placed: 03/13/23 at 3:09 PM
Type: Process Serving - Additional Paper

**SERVICE CONTACT:**

Steven J. Treni
Direct: 972-768-6901
155@specialdelivery.com

Special Delivery (214) 866-3270        www.SpecialDelivery.com

**Sebastiani, Crystal J.**

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Monday, March 20, 2023 4:14 PM |
| **To:** | KLYON@HALLRENDER.COM |
| **Subject:** | Process Update - Not Available - MICHAEL MOATES    - Reference: 002488-000005 |

## KIM LYON,

**An important update below!**



### Special Delivery Process Serving Update:

Order Number: 0720366

Attempted: 03/20/23 at 5:10 PM

**2nd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

| SERVICE REQUESTED BY: | PROCESS SERVICE RECIPIENT: |
|---|---|
| KIM LYON | MICHAEL MOATES |
| HALL RENDER | 2700 COLORADO BLVD., APT. 1526 |
| ACCOUNT: 2146152000 | DENTON, TX 76210 |

| ADDITIONAL INFORMATION: | SERVICE CONTACT: |
|---|---|
| Order Placed: 03/13/23 at 3:09 PM | Steven J. Treni |
| Type: *****Standard Process Serving***** | Direct: 972-768-6901 |
| | 155@specialdelivery.com |

**Special Delivery (214) 866-3270**               **www.SpecialDelivery.com**

Sebastiani, Crystal J.

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Monday, March 20, 2023 4:13 PM |
| **To:** | KLYON@HALLRENDER.COM |
| **Subject:** | Process Update - Not Available - THE GLOBAL INSTITUTE OF BEHAVI - Reference: 002488-000005 |

## KIM LYON,

**An important update below!**



### Special Delivery Process Serving Update:

Order Number: 0720367

Attempted: 03/20/23 at 5:10 PM

**2nd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

KIM LYON
HALL RENDER
ACCOUNT: 2146152000

**PROCESS SERVICE RECIPIENT:**

THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS
2700 COLORADO BLVD., APT. 1526
DENTON, TX 76210

**ADDITIONAL INFORMATION:**

Order Placed: 03/13/23 at 3:09 PM
Type: Process Serving - Additional Paper

**SERVICE CONTACT:**

Steven J. Treni
Direct: 972-768-6901
155@specialdelivery.com

Special Delivery (214) 866-3270          www.SpecialDelivery.com

**Sebastiani, Crystal J.**

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Thursday, March 23, 2023 11:05 AM |
| **To:** | KLYON@HALLRENDER.COM |
| **Subject:** | Process Update - Bad Address - MICHAEL MOATES    - Reference: 002488-000005 |

**KIM LYON,**

An important update below!



**Special Delivery Process Serving Update:**

Order Number: 0720366

Attempted: 03/23/23 at 12:00 PM

**3rd Attempt - Bad Address Per Resident**

**Additional information required for next attempt.**

| **SERVICE REQUESTED BY:** | **PROCESS SERVICE RECIPIENT:** |
|---|---|
| KIM LYON | MICHAEL MOATES |
| HALL RENDER | 2700 COLORADO BLVD., APT. 1526 |
| ACCOUNT: 2146152000 | DENTON, TX 76210 |

| **ADDITIONAL INFORMATION:** | **SERVICE CONTACT:** |
|---|---|
| Order Placed: 03/13/23 at 3:09 PM | Steven J. Treni |
| Type: *****Standard Process Serving***** | Direct: 972-768-6901 |
| | 155@specialdelivery.com |

**Special Delivery (214) 866-3270**                              www.**SpecialDelivery.com**

**Sebastiani, Crystal J.**

___

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Thursday, March 23, 2023 11:05 AM |
| **To:** | KLYON@HALLRENDER.COM |
| **Subject:** | Process Update - Bad Address - THE GLOBAL INSTITUTE OF BEHAVI - Reference: 002488-000005 |

## KIM LYON,

**An important update below!**



### Special Delivery Process Serving Update:

Order Number: 0720367

Attempted: 03/23/23 at 12:00 PM

**3rd Attempt - Bad Address Per Resident**

**Additional information required for next attempt.**

| **SERVICE REQUESTED BY:** | **PROCESS SERVICE RECIPIENT:** |
|---|---|
| KIM LYON<br>HALL RENDER<br>ACCOUNT: 2146152000 | THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS<br>2700 COLORADO BLVD., APT. 1526<br>DENTON, TX 76210 |
| **ADDITIONAL INFORMATION:** | **SERVICE CONTACT:** |
| Order Placed: 03/13/23 at 3:09 PM<br>Type: Process Serving - Additional Paper | Steven J. Treni<br>Direct: 972-768-6901<br>155@specialdelivery.com |

**Special Delivery (214) 866-3270**  www.SpecialDelivery.com