**UNITED STATES POSTAL SERVICE**


**EXHIBIT**

**B**

May 30, 2023

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0186 2010 75**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 30, 2023, 4:25 pm |
| **Location:** | FORT WORTH, TX 76106 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | MICHAEL MOATES |

## Recipient Signature

Signature of Recipient: *M Moates*

Address of Recipient: *4501 Nautilus Circ Apt 710 bldg*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 9214890106615400018620
002488-000005
MICHAEL MOATES
4501 Nautilus Cir Apt 170
Fort Worth, TX  76106-2437