# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., ) ) ) Plaintiff, ) ) v. ) ) MICHAEL MOATES, an individual; ) MISTY KIESCHNICK, an individual; and ) THE GLOBAL INSTITUTE OF BEHAVIORAL ) PRACTITIONERS AND EXAMINERS, ) ) Defendants. ) | Civil Action No. 4:23-cv-00194-ALM |

## AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the attorney of record for the Plaintiff in the above case, and that Defendants Michael Moates ("Moates") and The Global Institute of Behavioral Practitioners and Examiners ("GIBPE") were served by the following methods:

**Service upon Defendant Moates**

- Personal service on May 22, 2023 (Dkt. 20)

- Certified mail, return receipt requested, on May 30, 2023 (Ex. B)

**Service upon Defendant GIBPE**

- Personal service upon Misty Kieschnick as Director on May 19, 2023 (Dkt. 25)

- Personal service upon Michael Moates as Director on May 22, 2023 (Dkt. 19)

- Certified mail, return receipt requested, on May 30, 2023 (Ex. B)

I further certify that Defendants Moates and the GIBPE have failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the

Defendants are neither an infant (under age 21) nor an incompetent person; the Defendants are not in the active military service of the United States of America or its officers or agents and were not six months prior to the filing of the case.

The Clerk is requested to enter a default against Defendants Moates and the GIBPE.

Respectfully submitted this 2nd day of August, 2023.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

and
Brandon S. Kulwicki
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 2, 2023, a true and correct copy of the foregoing was served upon the following:

Misty Kieschnick
9448 Castlewood Dr.
Fort Worth, TX 76131
m.kieschnick@att.net
Defendant – *pro se*

Michael Moates
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com
Defendant – *pro se*

The Global Institute of Behavioral Practitioners and Examiners
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com
Defendant – *pro se*

                                          *s/ Crystal J. Sebastiani*
                                          Crystal J. Sebastiani, Paralegal