EXHIBIT A - AFFIDAVIT FROM JAMES HATCHER TO THIS COURT DKT # 20

HIGHLIGHTED PORTION ADDED FOR EMPHASIS

| Plaintiff / Petitioner:<br>BEHAVIOR ANALYST CERTIFICATION BOARD, INC., | Defendant / Respondent:<br>MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS. |
|---|---|
| Received by:<br>Stealth Process | For:<br>Hall, Render, Killian, Heath & Lyman, P.C. |
| To be served upon:<br>MICHAEL MOATES, | |

I, JAMES HATCHER , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   MICHAEL MOATES,, 4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106

**Manner of Service:**   Personal/Individual, May 22, 2023, 11:05 am CDT

**Documents:**   Summons and Complaint (Received Apr 26, 2023 at 9:48am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 5, 2023, 5:14 pm CDT at 4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106
4-5 pm
I arrived at 3:55 pm I saw a package at the door and took a peak and it's from Chewys listed for the subject. Also a vehicle matching the description of subject vehicle was present but this vehicle has dealer tags. See pic.