EXHIBIT B - AFFIDAVIT FROM JAMES HATCHER TO THIS COURT DKT # 21

HIGHLIGHTED PORTION ADDED FOR EMPHASIS

6-7 pm
Approx 6:30pm an uber eats dropped off food at the subjects door. I proceeded to the front door and waited. **I then noticed he had a ring camera and a peep hole. I covered them up and waited by the steps.**
7 to 8pm