EXHIBIT C - AFFIDAVIT FROM JAMES HATCHER TO THIS COURT DKT # 21

HIGHLIGHTED PORTION ADDED FOR EMPHASIS

2) Unsuccessful Attempt: May 22, 2023, 8:02 am CDT at 4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106
Arrived: 6:56 AM
7am to 8am - No activity. Subjects vehicle is present
8am to 9am - no activity
9am to 10am No activity