

EXHIBIT D - PHOTO FROM RING DOORBELL SHOWING DOCUMENTS THROWN AT ME WITH METAL CLIP.