**EXHIBIT E - PHOTO FROM RING DOORBELL SHOWING LOCATION OF DOORBELL CAMERA FROM OPPOSITE ANGLE SUPPORTING THAT I WAS NOT OUTSIDE WHEN THE DOCUMENTS WERE THROWN**



9