**EXHIBIT F - PHOTO SHOWING NO TRESPASSING, LOITERING, OR NON-RESIDENT PARKING ON THE PROPERTY**





