EXHIBIT G - AFFIDAVIT FROM JAMES HATCHER TO THIS COURT DKT # 21

HIGHLIGHTED PORTION ADDED FOR EMPHASIS

12

3) Successful Attempt: May 22, 2023, 11:19 am CDT at 4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106 received by The Global Institute of Behavioral Practitioners and Examiners by serving Michael Moates – as an officer/director. Age: 28; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'7"; Hair: Brown; Eyes: Brown; Other: Possibly wears glasses Vehicle: 2023 KIA Forte; Sedan 4D 5P (orange and black); Plate #: SVV3023;

I served Michael moates

At approx 10:56 am I observed the subject opening his blinds on his back door. Because the subject has ssen me and my vehicle from my last attempt, I left the parking space where I was parked and moved it to behind the building where the subject couldn't see me. The subject has a dog and I had a hunch it was time to walk his dog. I proceeded around the office to be undetected from the subject. I peeked around the corner and observed the subject walking his dog by the stairs closest to the subjects upstairs residence. As I came around the corner with my body cam recording. I approached the subject who saw me and started to run upstairs. I ran upstairs and called his name. He turned around and looked at me and he then proceeded to ignore me and go inside his residence. Right before he made it inside I threw the papers in front of him to drop served him. The papers actually went over his head but never did the papers hit him. I told him he was served and I have it on video. As I walked away the subject claimed I assaulted him simply by throwing the papers up the stairs I front of him and he said he had a ring camera too. Neither my camera or his camera will show an assault of any kind.