# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC. § § § § § § § § § | Civil Action No.  4:23cv194 |
| v. | Judge Mazzant |
| MICHAEL MOATES, MISTY IESCHNICK, and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS | |

## ORDER

On June 27, 2023, the Court entered its Order Governing Proceedings (Dkt. #33), which directed the parties to hold a Rule 26(f) conference no later than July 18, 2023, and file joint report of attorney conference by August 1, 2023.  The record reflects that no joint report has been filed.  Furthermore, the Court is unable to ascertain from the docket of this case whether the Order Governing Proceedings was mailed to any *pro se* parties.

It is therefore ORDERED that the August 16, 2023 Scheduling Conference is CANCELLED.  The Court will enter an Amended Order Governing Proceedings; the parties are directed to comply with the requirements set forth therein.

**IT IS SO ORDERED.**

SIGNED this 11th day of August, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE