IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil Action No. 4:23-cv-00194-ALM ) |
| MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, | ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 15, 2023, a true and correct copy of the Court's Order dated August 11, 2023 (Dkt. 38) was emailed and mailed to Defendants addressed below:

Misty Kieschnick
9448 Castlewood Drive
Fort Worth, TX 76131
m.kieschnick@att.net

Michael Moates
4501 Nautilus Circle, Apt 710
Fort Worth, TX 76106
mike@cpmht.com

The Global Institute of Behavioral Practitioners and Examiners
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com

Respectfully submitted this 16th day of August, 2023.

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

and
Brandon S. Kulwicki
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

ATTORNEYS FOR PLAINTIFF

4868-1702-1816v1