IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MOATES, an individual; <br> MISTY KIESCHNICK, an individual; and <br> THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, <br><br> Defendants. | Civil Action No. 4:23-cv-00194-ALM |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 15, 2023, a true and correct copy of Plaintiff's Initial Disclosure was emailed and mailed to Defendants addressed below:

Misty Kieschnick
9448 Castlewood Drive
Fort Worth, TX 76131
m.kieschnick@att.net

Michael Moates
4501 Nautilus Circle, Apt 710
Fort Worth, TX 76106
mike@cpmht.com

The Global Institute of Behavioral Practitioners and Examiners
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com

Respectfully submitted this 18th day of August, 2023.

                                                       HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

                                                      *s/ Mark L. Sabey*
                                                      Mark L. Sabey, *pro hac vice*
                                                      Lindsay K. McManus, *pro hac vice*
                                                      999 17th Street, Suite 800, Denver, CO 80202
                                                      303-801-3538 / marksabey@hallrender.com
                                                      303-802-1293 / lmcmanus@hallrender.com

                                                      and
                                                      Brandon S. Kulwicki
                                                      HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
                                                      603 Munger Avenue, Suite 350, Dallas, TX 75202
                                                      P: 214-615-2025 / F: 214-615-2001
                                                      bkulwicki@hallrender.com

                                                      ATTORNEYS FOR PLAINTIFF

4863-7144-2808v1