| | |
|---|---|
| **From:** | Sebastiani, Crystal J. |
| **Sent:** | Monday, March 27, 2023 4:49 PM |
| **To:** | michaelsmoates@gmail.com; mmoates@email.fielding.edu |
| **Cc:** | Sabey, Mark L.; Gibson, Rebecca S. |
| **Subject:** | BACB v. Moates, et al. - New Lawsuit |
| **Attachments:** | Complaint.pdf; Summons - Michael Moates.pdf; Summons - The Global Institute.pdf; Waiver of Service - Moates.pdf; Waiver of Service - The Global Institute.pdf |

Good Afternoon Mr. Moates,

As you may know, we have refiled the BACB's lawsuit in Texas.  We have attempted service a couple of times and have been unable to catch you at home.  You were gracious enough to waive service when this matter was filed in Colorado.  Would you be willing to waive service once again to avoid incurring additional costs with a process server?

I have attached the following for your review:
- Complaint with exhibits
- Summons to Michael Moates
- Summons to The Global Institute
- Waiver of Michael Moates
- Waiver of The Global Institute

If you are willing to waive service, please fill out and sign the Waivers for yourself as an individual and on behalf of The Global Institute, and return to me at your earliest convenience.

Thank you for your anticipated cooperation.  I look forward to hearing from you.

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

EXHIBIT 2

| | |
|---|---|
| **From:** | Sebastiani, Crystal J. |
| **Sent:** | Friday, March 31, 2023 11:56 AM |
| **To:** | michaelsmoates@gmail.com; mmoates@email.fielding.edu |
| **Cc:** | Sabey, Mark L.; Gibson, Rebecca S. |
| **Subject:** | RE: BACB v. Moates, et al. - New Lawsuit |

Hello Mr. Moates,

Just following up on my email below.  Have you thought about whether you will accept service?

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Sebastiani, Crystal J.
**Sent:** Monday, March 27, 2023 4:49 PM
**To:** michaelsmoates@gmail.com; mmoates@email.fielding.edu
**Cc:** Sabey, Mark L. <marksabey@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** BACB v. Moates, et al. - New Lawsuit

Good Afternoon Mr. Moates,

As you may know, we have refiled the BACB's lawsuit in Texas.  We have attempted service a couple of times and have been unable to catch you at home.  You were gracious enough to waive service when this matter was filed in Colorado.  Would you be willing to waive service once again to avoid incurring additional costs with a process server?

I have attached the following for your review:
- Complaint with exhibits
- Summons to Michael Moates
- Summons to The Global Institute
- Waiver of Michael Moates
- Waiver of The Global Institute

If you are willing to waive service, please fill out and sign the Waivers for yourself as an individual and on behalf of The Global Institute, and return to me at your earliest convenience.

Thank you for your anticipated cooperation.  I look forward to hearing from you.

**Crystal J. Sebastiani** | Paralegal
**csebastiani@hallrender.com** | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

| | |
|---|---|
| **From:** | Sebastiani, Crystal J. |
| **Sent:** | Thursday, April 6, 2023 8:48 AM |
| **To:** | 'michaelsmoates@gmail.com'; 'mmoates@email.fielding.edu' |
| **Cc:** | Sabey, Mark L.; Gibson, Rebecca S. |
| **Subject:** | RE: BACB v. Moates, et al. - New Lawsuit |
| **Attachments:** | Complaint.pdf; Summons - Michael Moates.pdf; Summons - The Global Institute.pdf; Waiver of Service - Moates.pdf; Waiver of Service - The Global Institute.pdf |

Hello Mr. Moates,

I am reaching out one last time to see if you would be willing to waive service for this lawsuit.  Please advise.

Thank you.

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Sebastiani, Crystal J.
**Sent:** Friday, March 31, 2023 11:56 AM
**To:** michaelsmoates@gmail.com; mmoates@email.fielding.edu
**Cc:** Sabey, Mark L. <marksabey@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** RE: BACB v. Moates, et al. - New Lawsuit

Hello Mr. Moates,

Just following up on my email below.  Have you thought about whether you will accept service?

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure,

copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Sebastiani, Crystal J.
**Sent:** Monday, March 27, 2023 4:49 PM
**To:** michaelsmoates@gmail.com; mmoates@email.fielding.edu
**Cc:** Sabey, Mark L. <marksabey@hallrender.com>; Gibson, Rebecca S. <RGibson@hallrender.com>
**Subject:** BACB v. Moates, et al. - New Lawsuit

Good Afternoon Mr. Moates,

As you may know, we have refiled the BACB's lawsuit in Texas.  We have attempted service a couple of times and have been unable to catch you at home.  You were gracious enough to waive service when this matter was filed in Colorado.  Would you be willing to waive service once again to avoid incurring additional costs with a process server?

I have attached the following for your review:
- Complaint with exhibits
- Summons to Michael Moates
- Summons to The Global Institute
- Waiver of Michael Moates
- Waiver of The Global Institute

If you are willing to waive service, please fill out and sign the Waivers for yourself as an individual and on behalf of The Global Institute, and return to me at your earliest convenience.

Thank you for your anticipated cooperation.  I look forward to hearing from you.

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

| | |
|---|---|
| **From:** | Sebastiani, Crystal J. |
| **Sent:** | Thursday, April 6, 2023 3:10 PM |
| **To:** | M.MOATES@ATT.NET; MIKE@QBSWB.COM |
| **Subject:** | BACB v. Moates, et al. - New Lawsuit |
| **Attachments:** | Complaint.pdf; Summons - Michael Moates.pdf; Summons - The Global Institute.pdf; Waiver of Service - Moates.pdf; Waiver of Service - The Global Institute.pdf |

Good Afternoon Mr. Moates,

As you may know, we have refiled the BACB's lawsuit in Texas.  We have attempted service a couple of times and have been unable to catch you at home.  You were gracious enough to waive service when this matter was filed in Colorado.  Would you be willing to waive service once again to avoid incurring additional costs with a process server?

I have attached the following for your review:
- Complaint with exhibits
- Summons to Michael Moates
- Summons to The Global Institute
- Waiver of Michael Moates
- Waiver of The Global Institute

If you are willing to waive service, please fill out and sign the Waivers for yourself as an individual and on behalf of The Global Institute, and return to me at your earliest convenience.

Thank you for your anticipated cooperation.  I look forward to hearing from you.

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | M.MOATES@ATT.NET |
| **Sent:** | Thursday, April 6, 2023 3:10 PM |
| **Subject:** | Undeliverable: BACB v. Moates, et al. - New Lawsuit |

**alph763.prodigy.net rejected your message to the following email addresses:**

M.MOATES@ATT.NET (M.MOATES@ATT.NET)
There's a problem with the recipient's mailbox. Please try resending your message. If the problem continues, please contact your email admin.

**alph763.prodigy.net gave this error:**
**<M.MOATES@ATT.NET>... Addressee unknown, relay=[40.107.100.73]**

| | |
|---|---|
| **From:** | Sebastiani, Crystal J. |
| **Sent:** | Thursday, April 6, 2023 3:36 PM |
| **To:** | mike@cpmht.com |
| **Subject:** | BACB v. Moates, et al. - New Lawsuit |
| **Attachments:** | Complaint.pdf; Summons - Michael Moates.pdf; Summons - The Global Institute.pdf; Waiver of Service - Moates.pdf; Waiver of Service - The Global Institute.pdf |

Good Afternoon Mr. Moates,

As you may know, we have refiled the BACB's lawsuit in Texas.  We have attempted service a couple of times and have been unable to catch you at home.  You were gracious enough to waive service when this matter was filed in Colorado.  Would you be willing to waive service once again to avoid incurring additional costs with a process server?

I have attached the following for your review:
- Complaint with exhibits
- Summons to Michael Moates
- Summons to The Global Institute
- Waiver of Michael Moates
- Waiver of The Global Institute

If you are willing to waive service, please fill out and sign the Waivers for yourself as an individual and on behalf of The Global Institute, and return to me at your earliest convenience.

Thank you for your anticipated cooperation.  I look forward to hearing from you.

**Crystal J. Sebastiani** | Paralegal
csebastiani@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**DENVER D:** (303) 801-3533 | **F:** (303) 801-3537

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.