| | |
|---|---|
| **From:** | Stealth Process Krystal Jones <notifications@mail.servemanager.com> |
| **Sent:** | Thursday, April 27, 2023 12:00 PM |
| **To:** | Sebastiani, Crystal J. |
| **Subject:** | [ServeManager] Job #8772762 Update |

## Attempted Serve

Stealth Process Krystal Jones shared a service notification with you:

## Details

**Process Server:** Monica Martinez PSC 20203

**Date & Time:** Apr 27, 2023, 12:57 pm CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Leasing confirmed subject lives here and that he was difficult to work with. She said he was home because his vehicle was parked outside. Knocked and rang bell multiple times, no answer. Left card on door. Subject vehicle present.

## Service Address

4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106, TARRANT

## GPS Data

**Mobile Device:** Safari version 15 on macOS 10.15.6

**GPS Coordinates:** 32.82376797, -97.38410213

**GPS Timestamp:** 1682618250984

## Job & Case

**Job:** 8772762

**Priority: Rush**

**Client Job:** 4:23-cv-00194-ALM

**Recipient:** MICHAEL MOATES,

EXHIBIT 3

**Case:** 4:23-cv-00194-ALM

**Plaintiff:** BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

**Defendant:** MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

**County:**

**Documents:** Summons and Complaint

---

**Attempt Uploads**

- C48F056A-9197-4F14-9523-7FCE09FCABDB.jpeg (3.59 MB)

---

**Shared with you by:**

Stealth Process Krystal Jones  
Stealth Process  
StealthProcess@gmail.com  
817-707-0649

| | |
|---|---|
| **From:** | Stealth Process Krystal Jones <notifications@mail.servemanager.com> |
| **Sent:** | Friday, April 28, 2023 9:23 AM |
| **To:** | Sebastiani, Crystal J. |
| **Subject:** | [ServeManager] Job #8772698 Update |

# Attempted Serve

Stealth Process Krystal Jones shared a service notification with you:

## Details

**Process Server:** Monica Martinez PSC 20203

**Date & Time:** Apr 28, 2023, 9:40 am CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Card from last visit gone, knocked and rang bell, no answer. Left card on door. Subject vehicle present.

## Service Address

4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106, TARRANT

## GPS Data

**Mobile Device:** Safari version 15 on macOS 10.15.6

**GPS Coordinates:** 32.82358982, -97.38375805

**GPS Timestamp:** 1682692820079

# Job & Case

**Job:** 8772698

**Priority: Rush**

**Client Job:** 4:23-cv-00194-ALM

**Recipient:** The Global Institute of Behavioral Practitioners and Examiners by serving Michael Moates – as an officer/director

**Case:** 4:23-cv-00194-ALM

**Plaintiff:** BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

**Defendant:** MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

**County:**

**Documents:** Summons and Complaint

---

**Attempt Uploads**

- 6425C899-F6EF-4117-A832-0F480F7EE59E.jpeg (3.58 MB)

---

**Shared with you by:**

Stealth Process Krystal Jones
Stealth Process
StealthProcess@gmail.com
817-707-0649

| | |
|---|---|
| **From:** | Stealth Process Krystal Jones <notifications@mail.servemanager.com> |
| **Sent:** | Wednesday, May 17, 2023 3:18 PM |
| **To:** | Sebastiani, Crystal J. |
| **Subject:** | [ServeManager] Job #8819487 Update |

# Attempted Serve

Stealth Process Krystal Jones shared a service notification with you:

## Details

**Process Server:** JAMES HATCHER PSC 18928

**Date & Time:** May 5, 2023, 5:16 pm CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

4-5 pm
I arrived at 3:55 pm. I saw a package at the door and took a peak and it's from Chewys listed for the subject. Also a vehicle matching the description of subject vehicle was present but this vehicle has dealer tags. See pic.

5-6 pm
No activity. The package is still on the porch

6-7 pm
Approx 6:30pm an uber eats dropped off food at the subjects door. I proceeded to the front door and waited. I then noticed he had a ring camera and a peep hole. I covered them up and waited by the steps.
7 to 8pm
Approx at 715 pm the subject came out to the patio to check to see if I had left. He saw me and I saw him and recognized him by his photo but then he hurried inside before I can say his name or drop serve him by throwing the papers onto the patio
8:05 pm left the site

## Service Address

4501 NAUTILUS CIR Apt. 710, FORT WORTH, TX 76106, TARRANT

# Job & Case

**Job:** 8819487

**Priority: Rush**

**Client Job:** 4:23-cv-00194-ALM

**Recipient:** The Global Institute of Behavioral Practitioners and Examiners by serving Michael Moates – as an officer/director

**Case:** 4:23-cv-00194-ALM

**Plaintiff:** BEHAVIOR ANALYST CERTIFICATION BOARD, INC.,

**Defendant:** MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS.

**Court:** IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

**County:**

**Documents:** Summons and Complaint

---

**Shared with you by:**

Stealth Process Krystal Jones
Stealth Process
StealthProcess@gmail.com
817-707-0649