Case 4:23-cv-00194-ALM   Document 42-5   Filed 08/24/23   Page 1 of 1 PageID #:  351

2023-05-22 Video - service of Moates.MOV

To download the video, use this link:

https://hallrender.sharefile.com/d-s6b90cd5502394dcdb4518df7393720d8

**EXHIBIT 5**