**From:** Dr. Michael Moates <mike@cpmht.com>
**Sent:** Tuesday, May 23, 2023 5:44:47 PM
**To:** Sabey, Mark L. <marksabey@hallrender.com>
**Subject:** Re: Waiver of Service

==I will not be signing your waiver.== As far as I am concerned, the service is not completed. I had a few pieces of paper thrown at me that ended up in a puddle and were unreadable, and thus service was not completed because I had not been given adequate notice. The document cannot be read as I stated ==I don't consent to service by email.==

I am very glad I have a recording because I can prove that at least one statement in your server's document is perjury.  You are instructed to retain his body footage camera because it will support my case. As you know, any destruction would cause a jury to assume it favors me.

I have pressed criminal charges and filed for a restraining order. I am glad you have provided me with his information so that I can give it to the police.

You are asking for the waiver because I have not been adequately served.

==I will not return it until a copy has been mailed to me.==

==Until a hard copy is sent to me... I consider the service to not be completed.== He admits that he threw it and I can show it was unreadable.

**EXHIBIT 10**

You were also told yesterday that Misty Kieschnick is not a member of GIBPE and thus service to her was invalid. So we are on the same page. I know that you want to deny that fact but let me reiterate. She is not authorized to accept service.

I am not interested in having you in my inbox further. Feel free to send all communication with me further in writing to the address you have. Beyond that, your email is being blocked. I do not feel safe with the way you, your client, and your staff have treated me nor the process service you sent who attacked me and chased me. You will notice, your process server states from his own affidavit he did not announce himself or identify himself he simply chased me.

We have no need to communicate further. Once I am properly served, I will respond. At that point, everything can be done through efile or US mail.

Have a nice day.