# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9V0R083594058861

**Weight**

1.00 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

05/24/2023

**Additional Information**

Signature Required

**Delivered On**

05/30/2023 11:30 A.M.

**Delivered To**

FORT WORTH, TX, US

**Received By**

OFFICE

**Left At**

Office

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 05/30/2023 2:43 P.M. EST

EXHIBIT

11