| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Moates, Michael (pla) | 4:2023cv00772 | Moates v. State of North Carolina et al | Texas Northern District Court | 07/25/23 | |
| Moates, Michael (dft) | 4:2023cv00194 | Behavior Analyst Certification Board, Inc. v. Moates et al | Texas Eastern District Court | 03/10/23 | |
| Moates, Michael (pla) | 3:2022cv04478 | Moates et al v. Facebook, Inc. et al | California Northern District Court | 08/02/22 | |
| Moates, Michael (pla) | 4:2022cv00154 | Moates v. Holt et al | Georgia Southern District Court | 06/22/22 | 11/21/22 |
| Moates, Michael (pla) | 4:2022cv00526 | Moates v. Holt et al | Texas Northern District Court | 06/16/22 | 06/22/22 |
| Moates, Michael Steven (pla) | 6:2022cv00626 | Moates v. Biden et al | Texas Western District Court | 06/14/22 | 02/10/23 |
| Moates, Michael (dft) | 1:2022cv01247 | Behavior Analyst Certification Board, Inc. v. Moates et al | Colorado District Court | 05/19/22 | 12/07/22 |
| Moates, Michael (pla) | 4:2022cv00262 | Moates v. Arismendez et al | Texas Northern District Court | 04/05/22 | 04/24/22 |
| Moates, Michael S. (dft) | 4:2021cv03023 | Lone Star College System v. Moates | Texas Southern District Court | 09/14/21 | 09/22/21 |
| Moates, Michael (pet) | 4:2021mc02080 | Moates v. Lone Star College System | Texas Southern District Court | 09/08/21 | |
| Moates, Michael (pla) | 4:2021cv00694 | Moates et al v. Facebook, Inc. et al | Texas Eastern District Court | 09/07/21 | 08/02/22 |
| Moates, Michael (pla) | 4:2021cv00631 | Moates v. Lone Star College System et al | Texas Eastern District Court | 08/10/21 | 08/19/21 |
| Moates, Michael (pla) | 4:2020cv00896 | Moates v. Facebook Inc. et al | Texas Eastern District Court | 11/19/20 | 08/12/21 |

EXHIBIT 13