**Exhibits:**

*Exhibit A: Fort Worth Police Department Report*

*Exhibit B: Damaged Documents*

*Exhibit C: Texas Judicial Branch Certification Commission Investigation*

*Exhibit D: USPS Tracking Information*

*Exhibit E: Medical Records of Yvonne Mitchell*

*Exhibit F: Lease Agreement*

*Exhibit G: Waco Police Department Report*