EXHIBIT A



Redacted

**Billing period:** Apr 26 - May 25, 2023

## Talk activity (cont.)

**Michael Moates**

Redacted

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| | | | Redacted as not relevant to this case. | | | | | |
| May 5 | 6:57 PM | 817-392-4200 | Fort Worth, TX | Fort Worth, TX | 2 | -- | -- | -- |
| May 5 | 6:59 PM | 817-392-4600 | Fort Worth, TX | Fort Worth, TX | 1 | -- | -- | -- |
| May 5 | 7:00 PM | 817-392-4222 | Fort Worth, TX | Fort Worth, TX | 12 | -- | -- | -- |
| May 5 | 7:24 PM | 817-392-4222 | Fort Worth, TX | Fort Worth, TX | 4 | -- | -- | -- |
| May 5 | 8:37 PM | 817-392-4222 | Fort Worth, TX | Fort Worth, TX | 9 | -- | -- | -- |