EXHIBIT C



## JUDICIAL BRANCH CERTIFICATION COMMISSION

CHAIR  
HONORABLE SID HARLE

CERTIFICATION DIVISION DIRECTOR  
JEFFERY L. RINARD

May 25, 2023

Via *Certified Mail* #7019 2280 0001 1489 6518  
*First-Class*

James Hatcher  
PSC-18928  
Stealth Process  
4425 W Airport Frwy, Suite 352  
Irving, TX 75062

Reference: In the Matter of James Hatcher, Cause No. 0566

Dear Mr. Hatcher:

This is to notify you that a complaint has been filed against you in your capacity as a process server. A copy of the complaint is enclosed. You are requested to submit a written answer responding to the allegations contained in the complaint by **June 19, 2023**. Please mail your answer to the Commission, P.O. Box 12066, Austin, Texas 78711-2066.

**Should you fail to file a written answer prior to the deadline date, the complaint review committee may take that failure into account in making its recommendation to the Commission, and the Commission may also take that failure into account in its deliberations.**

The complaint review committee must review the complaint and your answer, make a determination on whether a violation occurred, and if so, impose an administrative penalty, a sanction, or both to submit to the Commission. You will be notified of the location, date, and time of the complaint review committee's meeting to be announced at a later date.

You and the Complainant may attend the complaint review committee's meeting in person or by Zoom. However, the review is not a hearing and your participation as well as that of the Complainant or other persons is at the discretion of the Complaint Review Committee Chair who may establish limits on participation.

Please email compliancedepartment@txcourts.gov if attending the meeting by Zoom, and instructions will be provided to you.

OFFICE OF COURT ADMINISTRATION • CERTIFICATION DIVISION 205 WEST 14TH STREET, SUITE 600 • TOM C. CLARK BUILDING • (512) 475-4368 • FAX (512) 463-1117  
P. O. BOX 12066, CAPITOL STATION • AUSTIN, TEXAS 78711-2066  
http://www.txcourts.gov/jbcc

In the Matter of James Hatcher, Cause No. 0566
Page 2

Following the review, the complaint review committee will submit its written determination to the Commission, and furnish copies to you and the Complainant. The Commission will consider the committee's determination and proposed disciplinary action, if any. If you do not agree with the committee's determination or proposed disciplinary action, you will have an opportunity for a hearing before the Commission at that meeting. After that meeting, you will receive written notice by certified mail of the Commission's final order on this complaint. You will be notified of the location, date, and time of the Commission meeting to be announced at a later date. All notices will be sent to your last known address in the Commission's records.

Please be advised that all meeting dates are subject to change.

If you accept the committee's determination and recommendation, the matter will come before the Commission as a proposed agreed order. If you do not respond, the Commission may adopt the committee's determination and impose the recommended disciplinary action by default.

The Rules of the Commission set out the complaint process. You may access the rules, as well as other reference materials located on our website at www.txcourts.gov/jbcc under the *JBCC Statutes, Rules and Policies* section. If you do not have access to the internet, you may request reference materials in writing and copies will be mailed to you.

The agendas for the complaint review committee and Commission meetings will be available for public viewing *the week prior* to each meeting on the Commission's website at www.txcourts.gov/jbcc.

If you have any questions in this regard, please contact the Commission office at 512-475-4368 or e-mail: compliancedepartment@txcourts.gov.

Sincerely,

*[signature]*

Melinda Saucedo
Compliance Manager
Judicial Branch Certification Commission
Office of Court Administration

Enclosure(s): Complaint


In the Matter of James Hatcher, Cause No. 0566
Page 3

CC:    Dr. Michael Moatesf
*Via First Class Mail*
*(complaint letter only)*

OFFICE OF COURT ADMINISTRATION • CERTIFICATION DIVISION 205 WEST 14ᵀᴴ STREET, SUITE 600 • TOM C. CLARK BUILDING • (512) 475-4368 •
FAX (512) 463-1117
P. O. BOX 12066, CAPITOL STATION • AUSTIN, TEXAS 78711-2066
http://www.txcourts.gov/jbcc