EXHIBIT D





Occupational Therapy
OT Evaluation & Plan of Treatment

Provider: Forum Parkway Health &
NPI: 1447610977

**Identification Information**

Patient: Mitchell, Yvonne