EXHIBIT E



**Apartment Lease Contract**

This Lease is valid only if filled out before January 1, 2024.

This is a binding contract. Read carefully before signing.

This Lease Contract ("Lease") is between you, the resident(s) as listed below and us. The terms "you" and "your" refer to all residents. The terms "we," "us," and "our" refer to the owner listed below.

PARTIES
Residents  Michael S. Moates,

Owner  MAJ Partners, dba Saddle Brook

B. Initial Lease Term. Begins: 06/24/2023   Ends at 11:59 p.m. on: 06/30/2024