17

EXHIBIT F



Apartments Welcome Home Letter  External  Inbox  Mailtrack

Amanda Williams1
to me

Hello Mike,

You have been approved!!!

Please check your email for a link on how to e-sign your lease contract.



Tue, Aug 22, 4:13 PM (5 days ago)



KAPWING