IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MOATES, an individual; <br> MISTY KIESCHNICK, an individual; and <br> THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS, <br><br> Defendants. | Civil Action No. 4:23-cv-00194-ALM |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 20, 2023, a true and correct copy of the Court's Order dated September 8, 2023 (Dkt. 44) was emailed and mailed to Defendants addressed as follows:

Misty Kieschnick
9448 Castlewood Drive
Fort Worth, TX 76131
m.kieschnick@att.net

Michael Moates
4501 Nautilus Circle, Apt 710
Fort Worth, TX 76106
mike@cpmht.com

The Global Institute of Behavioral Practitioners and Examiners
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com

Respectfully submitted this 20th day of September, 2023.

Hall, Render, Killian, Heath & Lyman, P.C.

s/ Mark L. Sabey
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

and
Brandon S. Kulwicki
Hall, Render, Killian, Heath & Lyman, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

ATTORNEYS FOR PLAINTIFF
