**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| BEHAVIOR ANALYST CERTIFICATION BOARD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:23-cv-00194-ALM |
| ) | |
| MICHAEL MOATES, an individual; ) | |
| MISTY KIESCHNICK, an individual; and ) | |
| THE GLOBAL INSTITUTE OF BEHAVIORAL ) | |
| PRACTITIONERS AND EXAMINERS, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Behavior Analyst Certification Board, Inc. and Defendants Michael Moates, Misty Kieschnick, and The Global Institute Of Behavioral Practitioners And Examiners jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, as the parties have reached a resolution. Each party will bear their own attorney fees and costs.

Dated this 11th day of October, 2023.

ATTORNEYS FOR PLAINTIFF
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*s/ Mark L. Sabey*
Mark L. Sabey, *pro hac vice*
Lindsay K. McManus, *pro hac vice*
999 17th Street, Suite 800, Denver, CO 80202
303-801-3538 / marksabey@hallrender.com
303-802-1293 / lmcmanus@hallrender.com

And
Brandon S. Kulwicki

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
603 Munger Avenue, Suite 350, Dallas, TX 75202
P: 214-615-2025 / F: 214-615-2001
bkulwicki@hallrender.com

DEFENDANT MICHAEL MOATES

*s/ Michael Moates*
Michael Moates
4501 Nautilus Circle #710
Fort Worth, Texas
mike@cpmht.com

DEFENDANT MISTY KIESCHNICK

*s/ Misty Kieschnick*
Misty Kieschnick
9448 Castlewood Dr.
Fort Worth, TX 76131
m.kieschnick@att.net
Defendant – *pro se*

DEFENDANT THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS

*s/ Michael Moates*
Michael Moates, Director of The Global Institute Of Behavioral Practitioners And Examiners

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2023, a true and correct copy of the foregoing was served upon the following:

Michael Moates
4501 Nautilus Circle, Apt. 710
Fort Worth, Texas 76106
mike@cpmht.com
Defendant – *pro se*

Misty Kieschnick
9448 Castlewood Dr.
Fort Worth, TX 76131
m.kieschnick@att.net
Defendant – *pro se*

The Global Institute of Behavioral Practitioners and Examiners
4501 Nautilus Circle, Apt. 710
Fort Worth, TX 76106
mike@cpmht.com
Defendant – *pro se*

*s/ Kim Lyon*
Kim A. Lyon, Paralegal